**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**IN RE**

| | |
|---|---|
| **JOSE A LOPEZ ROSARIO** | **CASE NO: 08-07555-SEK** |
| **ESTHER LOPEZ VAZQUEZ** | **CHAPTER 13** |

**Debtor**

_____

## TRUSTEE'S MOTION TO COMPLY WITH COURT'S ORDER
### (DKT. NO. 35)

**TO THE HONORABLE COURT:**

**COMES NOW**, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, through the undersigned counsel and very respectfully, **ALLEGES, STATES** and **PRAYS:**

1. On October 28, 2010, this Honorable Court ordered the trustee and Debtors to state how the reverse mortgage affects the plan and claim filed by mortgagor. Thereafter, Debtors complied with said Court order informing that the transaction will not be completed, at this moment, since the property did not appraised the amount expected. Docket 38. The trustee hereto complies with this Court's order. Docket 35.

2. With the information submitted by Debtors, at the moment, the confirmed plan and secured claim filed by BPPR will not be affected, however, in the future if debtors complete the reverse mortgage transaction, plan has to be amended accordingly and claim filed by BPPR should be withdrawn since at such transaction the lien will be paid in full.

**WHEREFORE**, the Trustee hereby respectfully requests this Honorable Court to find him in compliance with the above mentioned order and issue any order it deems necessary and appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail, including service to BPPR, through Wallace Vazquez Sanabria, Esq., who filed Notice of Appearance in Docket 26.

I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s), at their mailing address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 4th day of November, 2010.

**ALEJANDRO OLIVERAS RIVERA**

**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521

By: **/s/OSMARIE NAVARRO MARTINEZ**
OSMARIE NAVARRO MARTINEZ
Staff Attorney
USDC-PR # 222611