IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE
JOSE A LOPEZ ROSARIO                    CASE NUMBER: 08-07555-SEK
ESTHER LOPEZ VAZQUEZ                              CHAPTER 13
    Debtors
_____

**TRUSTEE'S POSITION AS TO DOCKET #40**

**TO THE HONORABLE COURT:**

**COMES NOW**, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully, **ALLEGES**, **STATES** and **PRAYS**:

1. Debtors have filed a Second request for authorization to obtain a reverse mortgage. Docket. #40. Trustee has no opposition; however, if this Honorable Court grants the request it should ordered Debtors to inform whether the Trustee will make, or not, disbursements to Banco Popular claim.

2. Additionally, since there will be changes in debtors' monthly expenses and plan if the reverse mortgage is approved, they should be ordered to file amended schedules and plan to reflect their current household income and expenditures.

**WHEREFORE**, it is respectfully requested from this Honorable Court to consider the above mentioned facts and enter any order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to all CM/ECF participants in this case. I further certify that I have mailed this document by First Class Mail postage prepaid to debtor, at her mailing address of record.

In San Juan, Puerto Rico, this 20th day of December of 2010.

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
aorecf@ch13sju.com
By: **/s/OSMARIE NAVARRO MARTINEZ**
OSMARIE NAVARRO MARTINEZ
Senior Staff Attorney

USDC-PR # 222611